```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                       MACON DIVISION
```

| | |
|---|---|
| KALVIN SIMS, | * |
| Petitioner, | * |
| vs. | * |
| CALVIN MORTON, Warden, and<br>JAMES E. DONALD, Commissioner, | *   CASE NO. 5:07-CV-112 (CDL) |
| | * |
| Respondents. | * |

ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 18, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 9th day of March, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE